UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTHUR D HOOVER,<br><br>　　　　　Plaintiff,<br>　v.<br><br>THE UNITED STATES COURT,<br><br>　　　　　Defendant. | Case No. 2:18-cv-01964-RFB-CWH<br><br>**ORDER** |

This Court has an obligation to ensure that it has jurisdiction over a case filed before it. Rule 8 of the Federal Rules of Civil Procedure require a Plaintiff to file "short a short and plain statement of the grounds for the court's jurisdiction" and to assert a "a short and plain statement of the claim showing that the pleader is entitled to relief." Id.  The Court has reviewed the Complaint [ECF No. 2] and other documents [ECF Nos. 1, 3 and 5] filed in the record by the Plaintiff.  The Court finds that the Complaint and the other documents filed do not establish this Court's jurisdiction.  The documents do not clearly and concisely identify a cognizable claim over which this Court would have jurisdiction and the Court finds that it would be futile to allow for amendment given the general nature of the statements made.

Accordingly,

**IT IS HEREBY ORDERED** that the Complaint is dismissed without prejudice.  All pending motions are denied without prejudice as moot.  The Clerk of Court is directed to close this case.

DATED this 2nd day of November, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1